No. 17,926.

EMPLOYERS CASUALTY COMPANY, ET AL. *v.* INDUSTRIAL
COMMISSION OF COLORADO, ET AL.
(297 P. [2d] 887)

Decided May 28, 1956.

Messrs. WORMWOOD, O'DELL & WOLVINGTON, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. PETER L. DYE, Assistant, for defendant in error, Industrial Commission of Colorado.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.